IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CURTIS JAMELL MEEKS,** | CIV S-06-1509 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including June 20, 2007.

DATED: May 16, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
meek1509.111a

1