IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS JAMELL MEEKS,

    Petitioner,                                No. CIV S-06-1509 MCE DAD P

    vs.

T. FELKER, et al.,

    Respondents.                             ORDER

_____/

       Petitioner has sent a letter inquiring whether the court has received his memorandum of points and authorities, mailed in July of 2007. Court records indicate that on July 18, 2007, petitioner's traverse and memorandum of points and authorities were received and filed in this action. The case is now submitted for decision and in due course, the court will issue its findings and recommendations. Petitioner is informed that because of the court's caseload, a response to inquiries about the status of his case cannot always be provided. As long as the petitioner keeps the court informed of any change of address, no further action on his part is necessary.

/////

/////

/////

1

Accordingly, IT IS ORDERED that petitioner's letter, filed on August 24, 2007, shall be placed in the file.

DATED: October 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
meek1509.stat