IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JAMELL MEEKS, | 2:06-cv-01509-RCT |
| Petitioner, | |
| vs. | |
| D. NEVEN, et al., | <u>ORDER</u> |
| Respondents. | |
| _____/ | |

Respondents are ordered to submit to the Court the photographs of J.F.'s injuries viewed by the jury during Petitioner's trial in Solano County Superior Court. It is this Court's understanding that these photographs were labeled People's Exhibits 1–10 in the original proceedings. *See* Lodged Doc. C4 at 51–57. Respondents are to comply with this order within 14 days of its filing.

IT IS SO ORDERED.

DATED: this 9th day of September, 2009, at Seattle, Washington

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation