IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JAMELL MEEKS,<br><br>    Petitioner,<br><br>    vs.<br><br>T. FELKER, et al.,<br><br>    Respondents.<br>_____/ | 2:06-cv-01509-RCT<br><br><br><br><u>ORDER TO TRANSMIT EXHIBITS TO<br>FEDERAL COURT</u> |

In order to adjudicate the federal habeas corpus action currently pending in United States District Court, which is based on Petitioner's conviction in Solano County Superior Court No. FCR212230, the Solano County Superior Court clerk is hereby directed to promptly transmit People's Exhibits 1–10, inclusive, which are described as photographs of the victim's injuries, to the clerk of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

DATED: this 15th day of September, 2009, at Seattle, Washington

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation